UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Julio Cesar Aguilar

                Plaintiff,

v.                                          Case No.: 1:15−cv−11139
                                                  Honorable Robert M. Dow Jr.

JJ Pavement Repairs, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 6, 2016:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to the stipulation to dismiss [20] filed on 4/5/2016, Plaintiff Julio Aguilar and Defendant JJ Pavement Repairs, Inc. have agreed and stipulated to dismiss this action in its entirety without prejudice and without costs or attorneys fees pursuant to settlement, except as otherwise provided for by the parties' agreement. On April 25, 2016, absent a motion by either party to enforce the settlement agreement, the dismissal of this matter shall convert automatically to a dismissal with prejudice. John B. Pancorvo, individually, is hereby dismissed with prejudice. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.